**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50532 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-02521-LAB |
| v. | |
| DANIEL CARREON-ORTIZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted May 13, 2015[**]

Before:    LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Daniel Carreon-Ortiz appeals from the district court's judgment and

challenges the 12-month sentence imposed following his guilty-plea conviction for

being a removed alien found in the United States, in violation of 8 U.S.C. § 1326.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Carreon-Ortiz contends that his sentence is substantively unreasonable because the district court (i) granted a two-level rather than a four-level fast-track departure, which resulted in an unwarranted sentencing disparity; and (ii) considered him to be a danger to the public despite his success in battling alcoholism. The district court did not abuse its discretion in imposing Carreon-Ortiz's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence at the top of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Carreon-Ortiz's extensive immigration history and the need for deterrence. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**

14-50532